BEFORE: WILLIAM D. WALL                                    DATE:  5/17/07

UNITED STATES MAGISTRATE JUDGE                             TIME:  11:00 AM

DOCKET NO.  CV 06-2492                    ASSIGNED JUDGE:  WEXLER

CASE NAME: SHERMAN V. COUNTY OF SUFFOLK, ET AL.

CIVIL CONFERENCE

Initial ___   Status ___   Settlement ___   Pretrial  X   Other ___

APPEARANCES:     Plaintiff     Gary Field


                 Defendant     Robert Caccese


**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐  Referred to mediation by separate order.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.  The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X  Other: The case is settled.  The plaintiff shall file a stipulation of discontinuance with Judge Wexler by June 15, 2007.

                                           SO ORDERED

                                            /s/William D. Wall
                                           WILLIAM D. WALL
                                           United States Magistrate Judge